IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLENN-JU'DA BLAND-Y'ISRA'EL
ADC #140739                                                          PLAINTIFF

v.                          No. 5:18-cv-248-DPM

ARKANSAS DEPARTMENT OF
CORRECTION; DELTA REGIONAL
UNIT; VARNER SUPER MAX; CHICOT
COUNTY CIRCUIT COURT; CHICOT
COUNTY; and VARNER UNIT                                              DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018