# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GLENN-JU'DA BLAND-Y'ISRA'EL
ADC #140739                                                              PLAINTIFF

v.                    No. 5:18-cv-248-DPM

ARKANSAS DEPARTMENT OF
CORRECTION; DELTA REGIONAL
UNIT; VARNER SUPER MAX; CHICOT
COUNTY CIRCUIT COURT; CHICOT
COUNTY; and VARNER UNIT                                                  DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2018